WESTCHESTER AND THIRD CORPORATION v. JACK D. WEILER et al.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante,* p. 639.]

VIRCHAND PANACHAND & CO., INC., v. I. D. TALVE TRADING CORP.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 579.]

EDNA CHANDLER v. IRVING KOPF.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 636.]

LEE ADELSON et al., Plaintiffs, v. GEORGE DREYMAN et al., Defendants, and ISIDORE GOLDBERG et al., Appellants. LEWIS GINSBERG, Appellant; JOHN J. O'CONNOR, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante,* p. 557.]

LEE ADELSON et al., Plaintiffs, v. GEORGE DREYMAN et al., Defendants, and ISIDORE GOLDBERG et al., Appellants. Lewis GINSBERG, Appellant; JOHN J. O'CONNOR, Respondent. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante,* p. 557.]

HERMAN WENNEMER, INC., v. JOHN T. BRADY & CO., INC.— Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante,* p. 575.]

CHARLES ROSENBLUM et al. v. EDWARD M. FRANKEL et al.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 66.]

SOLICITOR FOR THE AFFAIRS OF HIS MAJESTY'S TREASURY, Respondent, v. BANKERS TRUST COMPANY OF NEW YORK, Defendant. ROBERT W. MAITLAND-TENNENT, Appellant.— Present — Glennon, J. P., Dore, Cohn and Shientag, JJ. [See *ante,* p. 571.]

SOLICITOR FOR THE AFFAIRS OF HIS MAJESTY'S TREASURY v. BANKERS TRUST COMPANY OF NEW YORK.— Present — Glennon, J. P., Dore, Cohn and Shientag, JJ. [See *ante,* p. 565.]

In the Matter of METROPOLE SOMERSET CAFE, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority,